1 GEORGE L. FOUNTAIN (No. 182716)
georgefountain@orionlawgroup.net
2 SANG N. DANG (No. 214558)
sangdang@orionlawgroup.net
3 ORION LAW GROUP,
A PROFESSIONAL LAW CORPORATION
4 3 Hutton Centre Drive
Suite 850
5 Santa Ana, CA  92707
Telephone:  714-768-6800
6 Facsimile:  714-768-6850

7 Attorneys for Plaintiff
PLUSTEK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PLUSTEK INC., | CASE NO. 07-05718 JL |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| SYSCAN, INC. | |
| Defendant, | |

ORION LAW
GROUP, PLC

1
2
3    On November 9, 2007, Plaintiff Plustek Inc. filed a Complaint for Declaratory Judgment ("Complaint"). An Initial Case Management Conference has been scheduled for February 20, 2008. Since the filing of the Complaint, the parties have entered into settlement discussions. To ensure the best chances of settling the litigation, Plaintiff has agreed to refrain from serving the Complaint upon Defendant Syscan, Inc. Furthermore, the parties have scheduled a mediation session on March 14, 2008 to further discuss settlement.

Accordingly, Plaintiff respectfully requests the Court to continue the Initial Case Management Conference as well as other related deadlines for ninety (90) days.

DATED: February 15, 2008        ORION LAW GROUP,
                                A PROFESSIONAL LAW CORPORATION


                                By    /s/ Sang N. Dang
                                    Sang N. Dang
                                    Attorneys for Plaintiff
                                    Plustek Inc.