UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUSTEK INC., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>SYSCAN, INC. <br>　　　　Defendant, | CASE NO. 07-05718 JL <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　IT IS HEREBY ORDERED THAT Plaintiff's Motion to Continue the Initial Case Management Conference is GRANTED. The Initial Case Management Conference shall be continued to May 20, 2008. Other related deadlines shall be continued accordingly.

Dated: _____

　　　　　　　　　　　　　United States District Magistrate Judge

ORION LAW
GROUP, PLC