UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PLUSTEK INC., | CASE NO. 07-05718 JL |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE |
| SYSCAN, INC. | |
| Defendant, | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Continue the Initial Case Management Conference is GRANTED. The Initial Case Management Conference shall be continued to May ~~20~~ 21, 2008. Other related deadlines shall be continued accordingly.

Dated: _____2-19-08___         _____[signature: James Larson]_____
                                 United States District Magistrate Judge

ORION LAW
GROUP, PLC