UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PLUSTEK INC.,

        Plaintiff,

vs.

SYSCAN, INC.

        Defendant,

CASE NO. 07-05718 JL

[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Continue the Initial Case Management Conference is GRANTED. The Initial Case Management Conference shall be continued to May ~~20~~ 21, 2008. Other related deadlines shall be continued accordingly.

Dated: _____2-19-08___     _/s/ James Larson_____

                                          United States District Magistrate Judge

ORION LAW GROUP, PLC