GEORGE L. FOUNTAIN (NO. 182716)
georgefountain@orionlawgroup.net
SANG N. DANG (NO. 214558)
sangdang@orionlawgroup.net
ORION LAW GROUP,
A PROFESSIONAL LAW CORPORATION
3 Hutton Centre Drive
Suite 850
Santa Ana, CA  92707
Telephone:  714-768-6800
Facsimile:  714-768-6850

Attorneys for Plaintiff
    PLUSTEK INC.

YUNG MING CHOU, ESQ (SBN 172118)
chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.:  (510) 713-8698
Fax: (510) 713-8690

Attorney for Defendant
    SYSCAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PLUSTEK INC.<br><br>    Plaintiff,<br><br>vs.<br><br>SYSCAN, INC.<br><br>    Defendant. | Case No.: C07 5718 JL<br><br>STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
|---|---|

    IT IS HEREBY STIPULATED by and between Plaintiff Plustek Inc. ("Plaintiff") and Defendant Syscan, Inc. ("Defendant"), through their respective undersigned counsel, pursuant to Local Rule 6-1, that the initial time within which Defendant must answer or otherwise respond to the complaint in this action shall be extended by eleven (11) days through and including March

1

C07 5718 JL (STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT)

21, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 12, 2008                    SANG N. DANG
                                         ORION LAW GROUP, PLC

                                         By:  /s/ Sang N. Dang
                                             Sang N. Dang
                                             Attorneys for Plaintiff
                                             PLUSTEK INC.


Dated: March 12, 2008                    YUNG MING CHOU

                                         By:  /s/ Yung-Ming Chou
                                             Yung Ming Chou
                                             Attorney for Defendant
                                             SYSCAN, INC.