# EXHIBIT A

FILED

SEP 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

Syscan, Inc.,

      Plaintiff(s),

    v.

Plustek, Inc.,

      Defendant(s).

No. C 07-01603 JW MED

**Certification of ADR Session**

_**Instructions**_: _The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file._

1.   I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___9/14/07___

2.   Did the case settle?    ☐ fully    ☐ partially    ☒ no

3.   If the case did not settle fully, is any follow-up contemplated?

    ☒ another session scheduled for (date) ___mid to late October___

    ☒ _e-mail_ ~~phone~~ discussions expected by (date) ___9/17/07 re firm date to re-convene___

    ☐ no

4.   **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated:   ___9/14/07___

_[signature]_
Mediator, Stephen H. Sulmeyer, J.D., Ph.D.
Mediation Offices of Stephen H. Sulmeyer, J.D., Ph.D.
100 Tamal Plaza, Suite 170
Corte Madera, CA 94925

**Certification of ADR Session**
07-01603 JW MED