# EXHIBIT B

```
                                                    FILED
                                                   NOV 19 2007
                                                RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
```

# E-filing

## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Syscan, Inc., | No. C 07-01603 JW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Plustek, Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __11/16/07__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __12/15/07__

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: __11/16/07__

Mediator, Stephen H. Sulmeyer, J.D., Ph.D.
Mediation Offices of Stephen H. Sulmeyer, J.D., Ph.D.
100 Tamal Plaza, Suite 170
Corte Madera, CA 94925

**Certification of ADR Session**
07-01603 JW MED