# **EXHIBIT C**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Syscan, Inc.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Plustek, Inc.,<br><br>　　　　Defendant(s). | No. C 07-01603 JW MED<br><br>**Certification of ADR Session** |

***Instructions***: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __3/14/08__

2. Did the case settle?　　☐ fully　　☒ partially　　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __3/21/08__

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☐ YES　　☒ NO

   Dated: __3/14/08__　　　　_/s/ Stephen H. Sulmeyer_
   　　　　　　　　　　　　　　Stephen H. Sulmeyer, J.D., Ph.D.
   　　　　　　　　　　　　　　Mediation Offices of Stephen H.
   　　　　　　　　　　　　　　Sulmeyer, J.D., Ph.D.
   　　　　　　　　　　　　　　100 Tamal Plaza, Suite 170
   　　　　　　　　　　　　　　Corte Madera, CA 94925

**Certification of ADR Session**
07-01603 JW MED