# EXHIBIT D

**Sang Dang**

| | |
|---|---|
| **From:** | Chouyung@aol.com |
| **Sent:** | May 12, 2008 3:13 PM |
| **To:** | Sang Dang |
| **Cc:** | Steve@stevesulmeyer.com |
| **Subject:** | Re: Activity in Case 3:07-cv-05718-JL Plustek, Inc. v. Syscan, Inc. ADR Cler... |

Dear Mr. Dang,

Syscan will not oppose this continuance motion. Please send me the motion paper at your convnience.

Regards,

Yung-Ming Chou

In a message dated 5/12/2008 2:07:40 P.M. Pacific Daylight Time, SangDang@orionlawgroup.net writes:

> Dear Mr. Chou:
>
> As a follow-up on my previous email, I have spoken to the Court's clerk regarding this issue. I will prepare and file a motion to request that the Court continues the Initial CMC (as well as all related deadlines, including the filing of ADR documents) for 60 days to allow the parties to finalize the settlement agreement. I assume that Syscan will not oppose the motion. I plan to file the continuance motion by the end of business tomorrow.
>
> Please let me know if you have any additional questions or issues.
>
> Thanks,
>
> Sang N. Dang
>
> ---
>
> **From:** Sang Dang
> **Sent:** May 12, 2008 11:47 AM
> **To:** 'Chouyung@aol.com'
> **Cc:** Steve@stevesulmeyer.com
> **Subject:** RE: Activity in Case 3:07-cv-05718-JL Plustek, Inc. v. Syscan, Inc. ADR Cler...
>
> Dear Mr. Chou:
>
> I am in the process of contacting the Court to request a continuance of the pending litigation. I will keep you posted as to the progress.

5/13/08

Thanks,

Sang N. Dang

---

**From:** Chouyung@aol.com [mailto:Chouyung@aol.com]
**Sent:** May 12, 2008 11:45 AM
**To:** Sang Dang
**Cc:** Steve@stevesulmeyer.com
**Subject:** Fwd: Activity in Case 3:07-cv-05718-JL Plustek, Inc. v. Syscan, Inc. ADR Cler...

Dear Mr. Dang,

Can you prepare a notice to the court indicating that the parties have reached a settlement pending the final review of the license agreement. If a stipulation is required, please prepare at your end and send it to me for review before your filing with the court.

Thank you for your kind assistance in this matter.

Regards,

Yung-Ming Chou

---

From: ECF-CAND@cand.uscourts.gov
To: efiling@cand.uscourts.gov
Sent: 5/9/2008 1:53:35 P.M. Pacific Daylight Time
Subj: Activity in Case 3:07-cv-05718-JL Plustek, Inc. v. Syscan, Inc. ADR Clerks Notice

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed

electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
U.S. District Court
California Northern District

Notice of Electronic Filing
The following transaction was entered on 5/9/2008 1:52 PM and filed on 5/9/2008

Case Name: Plustek, Inc. v. Syscan, Inc.
Case Number: 3:07-cv-5718 https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?197659

Filer:

Document Number: 9
Copy the URL address from the line below into the location bar of your Web browser to view the document: Document: https://ecf.cand.uscourts.gov/doc1/03504578603?magic_num=26868414&de_seq_num=31&caseid=197659

Docket Text:
ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 5/9/2008)
3:07-cv-5718 Notice has been electronically mailed to:
Yung-Ming Chou                    chouyung@aol.com

Sang Ngoc Dang                    sangdang@orionlawgroup.net,
georgefountain@orionlawgroup.net, maipare@mac.com, vyvu@orionlawgroup.net

George Luis Fountain              georgefountain@orionlawgroup.net

3:07-cv-5718 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: N:\5718+.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=5/9/2008] [FileNumber=4376359-0]
[4fc30336f339ab4c51e134cc6a851f86cabb4904067d270ad4c2ee37eaaacc677939a2c24089cea8ca8310c38689e2

---

Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.

---

Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.

5/13/08