1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PLUSTEK INC., | CASE NO. C 07-05718 JL |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| SYSCAN, INC., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Continue the Initial Case Management Conference is GRANTED. The Initial Case Management Conference shall be continued to July 23, 2008. Other related deadlines shall be continued accordingly.

Dated: May 14, 2008

*James Larson*

~~United States District Judge~~

U.S. Chief Magistrate Judge