1  YUNG MING CHOU (NO. 172118)
2  Chouyung@aol.com
   39111 Paseo Padre Parkway, Suite 207
3  Fremont, CA  94538
   Telephone:  510-713-8698
4  Facsimile:  510-713-8690

5  Attorneys for Defendant
   SYSCAN, INC.

6

7  GEORGE L. FOUNTAIN (NO. 182716)
   georgefountain@orionlawgroup.net
   SANG N. DANG (NO. 214558)
8  sangdang@orionlawgroup.net
   ORION LAW GROUP,
9  A PROFESSIONAL LAW CORPORATION
   3 Hutton Centre Drive
10 Suite 850
   Santa Ana, CA  92707
11 Telephone:  714-768-6800
   Facsimile:  714-768-6850
12
   Attorneys for Plaintiff
13 PLUSTEK INC.

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 | PLUSTEK INC.,                      | CASE NO. C 07-05718 JL
19 |         Plaintiff,                 | **STIPULATED ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**
20 |    vs.                             |
21 | SYSCAN, INC.,                      |
22 |         Defendants.                |

1
2          IT IS HEREBY STIPULATED by the undersigned parties, through their
3 respective counsel of record, that the Initial Case Manage Conference as well as other related
4 deadlines be continued for sixty (60) days to October 1, 2008 so that the parties could finish their
5 negotiation and finalize a settlement agreement to resolve the current litigation without wasting
6 the Court's valuable time and resources.
7
8 DATED: June 26, 2008
9
10                                    By /s/ Yung-Ming Chou
                                         Yung Ming Chou
                                         Attorneys for Defendant
11                                       SYSCAN, INC.
12 DATED: June 26, 2008          ORION LAW GROUP,
                                  A PROFESSIONAL LAW CORPORATION
13
14
15                                    By /s/ Sang N. Dang
                                         Sang N. Dang
                                         Attorneys for Plaintiff
16                                       PLUSTEK INC.
17
18       IT IS SO ORDERED.
19
20 DATED:_____
                                         U.S. Chief Magistrate Judge
21
22
23
24
25
26
27
28

ORION LAW
GROUP, PLC.

Stipulated Order to Continue the Initial CMC        1              CASE NO. C07-05718 JL

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Orion Law Group, A Professional Law Corporation, 3 Hutton Centre Drive, Suite 850, Santa Ana, California 92707. On June 27, 2008, I served the original of the within documents:

**STIPULATED ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

| X | Electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the parties set forth below. |

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Ana, California, addressed as set forth below.

by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, _____.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Yung Ming Chou, Esq.
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Email: chouyung@aol.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 27, 2008.

                                                               /s/ Vy H. Vu
                                                                 Vy H. Vu