YUNG MING CHOU (NO. 172118)
Chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Telephone: 510-713-8698
Facsimile: 510-713-8690

Attorneys for Defendant
SYSCAN, INC.

GEORGE L. FOUNTAIN (NO. 182716)
georgefountain@orionlawgroup.net
SANG N. DANG (NO. 214558)
sangdang@orionlawgroup.net
ORION LAW GROUP,
A PROFESSIONAL LAW CORPORATION
3 Hutton Centre Drive
Suite 850
Santa Ana, CA 92707
Telephone: 714-768-6800
Facsimile: 714-768-6850

Attorneys for Plaintiff
PLUSTEK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUSTEK INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYSCAN, INC., <br><br> Defendants. | CASE NO. C 07-05718 JL <br><br> **STIPULATED ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by the undersigned parties, through their respective counsel of record, that the Initial Case Manage Conference as well as other related deadlines be continued for sixty (60) days to October 1, 2008 so that the parties could finish their negotiation and finalize a settlement agreement to resolve the current litigation without wasting the Court's valuable time and resources.

DATED: June 26, 2008

By /s/ Yung-Ming Chou
Yung Ming Chou
Attorneys for Defendant
SYSCAN, INC.

DATED: June 26, 2008            ORION LAW GROUP,
                                A PROFESSIONAL LAW CORPORATION

By /s/ Sang N. Dang
Sang N. Dang
Attorneys for Plaintiff
PLUSTEK INC.

IT IS SO ORDERED.

DATED: June 30, 2008
_____
U.S. Chief Magistrate Judge James Larson

*IT IS SO ORDERED* — Judge James Larson, United States District Court, Northern District of California

Stipulated Order to Continue the Initial CMC      1           CASE NO. C07-05718 JL

ORION LAW GROUP, PLC.

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Orion Law Group, A Professional Law Corporation, 3 Hutton Centre Drive, Suite 850, Santa Ana, California 92707. On June 27, 2008, I served the original of the within documents:

**STIPULATED ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

| X | Electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the parties set forth below. |

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Ana, California, addressed as set forth below.

by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, _____.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Yung Ming Chou, Esq.
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Email: chouyung@aol.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 27, 2008.

　　　　　　　　　　　　　　　　　　　／s／ Vy H. Vu
　　　　　　　　　　　　　　　　　　　Vy H. Vu

ORION LAW GROUP, PLC.

Stipulated Order to Continue the Initial CMC　　　2