GEORGE L. FOUNTAIN (NO. 182716)
georgefountain@orionlawgroup.net
**ORION LAW GROUP,**
**A PROFESSIONAL LAW CORPORATION**
3 Hutton Centre Drive
Suite 850
Santa Ana, CA  92707
Telephone:  714-768-6800
Facsimile:  714-768-6850

Attorneys for Plaintiff
PLUSTEK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUSTEK INC., | CASE NO. C 07-05718 JL |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL (GEORGE L. FOUNTAIN) FOR PLAINTIFF PLUSTEK INC.** |
| vs. | |
| SYSCAN, INC., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that George L. Fountain respectfully submits this Notice of Withdrawal as counsel of record for Plaintiff Plustek Inc. ("Plustek"), and requests that he be removed from the Court's electronic mail notification list. Although George L. Fountain is no longer available to represent Plustek, other counsel at the Orion Law Group continues to represent Plustek in this matter.

DATED: July 29, 2008                    ORION LAW GROUP,
                                        A PROFESSIONAL LAW CORPORATION


                                        By   /s/ George L. Fountain
                                          George L. Fountain
                                          Attorneys for Plaintiff
                                          PLUSTEK INC.

1

## **CERTIFICATE OF SERVICE**

2

3

     I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of

4

the Court using the CM/ECF system which will send notification of the filing to all counsel of

5

record.

6

                                   /s/ Sang N. Dang
                                 Sang N. Dang

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORION LAW
GROUP, PLC.

NOTICE OF WITHDRAWAL OF COUNSEL
FOR PLAINTIFF

CASE NO. C07-05718 JL