1  SANG N. DANG (NO. 214558)
   sdang@koslaw.com
2  **KLEIN, O'NEILL & SINGH, LLP**
   43 Corporate Park
3  Suite 204
   Irvine, CA 92606
4  Telephone: 949-955-1920
   Facsimile: 949-955-1921
5
   Attorneys for Plaintiff
6  PLUSTEK INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  PLUSTEK INC.,                    CASE NO. C 07-05718 JL

13              Plaintiff,           **NOTICE OF CHANGE OF LAW FIRM
                                     AND ADDRESS BY COUNSEL FOR
14       vs.                         PLAINTIFF PLUSTEK INC.**

15  SYSCAN, INC.,

16              Defendants.

TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiff Plustek Inc. has changed law firm and address.  Effective immediately, Sang N. Dang, formerly of the ORION LAW GROUP, A PROFESSIONAL LAW CORPORATION, may now be contacted at KLEIN, O'NEILL & SINGH, LLP, 43 Corporate Park, Suite 204, Irvine, CA  92606, (949) 955-1920 (Phone), (949) 955-1921 (Facsimile).

All future pleadings and correspondences should be served on counsel of record, Sang N. Dang, at his new business address at the offices of KLEIN, O'NEILL & SINGH, LLP.

DATED: August 1, 2008        KLEIN, O'NEILL & SINGH, LLP

                              By  /s/ Sang N. Dang
                                  Sang N. Dang
                                  Attorneys for Plaintiff
                                  PLUSTEK INC.

KLEIN, O'NEILL & SINGH, LLP

NOTICE OF CHANGE OF LAW FIRM AND ADDRESS OF COUNSEL FOR PLAINTIFF        - 1 -        CASE NO. C07-05718 JL

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

      /s/ Sang N. Dang
Sang N. Dang