1  YUNG MING CHOU, ESQ (SBN 172118)
   chouyung@aol.com
2  39111 Paseo Padre Parkway, Suite 207
   Fremont, CA 94538
3  Tel.:  (510) 713-8698
   Fax: (510) 713-8690
4
   Attorney for Defendant
5         SYSCAN, INC.

6
   SANG N. DANG (NO. 214558)
7  sdang@koslaw.com
   KLEIN, O'NEILL & SINGH LLP
8  43 Corporate Park, Suite 204
   Irvine, CA  92606
9  Telephone:  949-955-1920
   Facsimile:  949-955-1921
10
   Attorneys for Plaintiff
11        PLUSTEK, INC.

12

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16  PLUSTEK INC.
                                        Case No.: C07 5718 JL
17           Plaintiff,
                                        STIPULATED ORDER TO CONTINUE
18      vs.                             INITIAL CASE MANAGEMENT
                                        CONFERENCE
19  SYSCAN, INC.

20           Defendant.

21

22

23

24

25

26

27

28

                              1

C07 5718 JL (STIPULATED ORDER TO CONTINUE INITIAL CMC)

1      IT IS HEREBY STIPULATED by the undersigned parties, though their respective

2  counsel of record, that the Initial Case Management Conference as well as other related

3  deadlines be continued for sixty (60) days to December 3, 2008 so that the parties could finalize

4

5  the terms and conditions of the settlement agreement to resolve the current litigation without

6  wasting the Court's valuable time and resources.

7  Dated: August 27, 2008                    SANG N. DANG
                                            KLEIN, O'NEILL & SINGH LLP
8

9                                            By:  /s/ Sang N. Dang_____
                                                Sang N. Dang
10                                               Attorneys for Plaintiff
                                                PLUSTEK INC.
11

12

13  Dated: August 27, 2008                   YUNG MING CHOU

14                                           By:  /s/ Yung-Ming Chou __
                                                Yung Ming Chou
15                                               Attorney for Defendant
                                                SYSCAN, INC.
16

17      IT IS SO ORDERED.

18

19  Dated: _____          _____
                                            US Chief Magistrate Judge
20

21

22

23

24

25

26

27

28

2

C07 5718 JL (STIPULATED ORDER TO CONTINUE INITIAL CMC)