1  YUNG MING CHOU, ESQ (SBN 172118)
   chouyung@aol.com
2  39111 Paseo Padre Parkway, Suite 207
   Fremont, CA 94538
3  Tel.: (510) 713-8698
   Fax: (510) 713-8690
4
   Attorney for Defendant
5        SYSCAN, INC.

6
   SANG N. DANG (NO. 214558)
7  sdang@koslaw.com
   KLEIN, O'NEILL & SINGH LLP
8  43 Corporate Park, Suite 204
   Irvine, CA  92606
9  Telephone:  949-955-1920
   Facsimile:  949-955-1921
10
   Attorneys for Plaintiff
11       PLUSTEK, INC.

12

13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16 PLUSTEK INC.
                                          Case No.: C07 5718 JL
17              Plaintiff,
                                          STIPULATED ORDER TO CONTINUE
18       vs.                              INITIAL CASE MANAGEMENT
                                          CONFERENCE
19 SYSCAN, INC.

20              Defendant.

21

22

23

24

25

26

27

28
                                    1

IT IS HEREBY STIPULATED by the undersigned parties, though their respective counsel of record, that the Initial Case Management Conference as well as other related deadlines be continued for sixty (60) days to December 3, 2008 so that the parties could finalize the terms and conditions of the settlement agreement to resolve the current litigation without wasting the Court's valuable time and resources.

Dated: August 27, 2008

SANG N. DANG
KLEIN, O'NEILL & SINGH LLP

By:   /s/ Sang N. Dang
    Sang N. Dang
    Attorneys for Plaintiff
    PLUSTEK INC.

Dated: August 27, 2008

YUNG MING CHOU

By:   /s/ Yung-Ming Chou
    Yung Ming Chou
    Attorney for Defendant
    SYSCAN, INC.

IT IS SO ORDERED.

Dated: August 29, 2008

_____
US Chief Magistrate Judge

C07 5718 JL (STIPULATED ORDER TO CONTINUE INITIAL CMC)