YUNG MING CHOU, ESQ (SBN 172118)
chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690

Attorney for Defendant
    SYSCAN, INC.


SANG N. DANG (NO. 214558)
sdang@koslaw.com
KLEIN, O'NEILL & SINGH LLP
43 Corporate Park, Suite 204
Irvine, CA 92606
Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Plaintiff
    PLUSTEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUSTEK INC.<br><br>    Plaintiff,<br><br>  vs.<br><br>SYSCAN, INC.<br><br>    Defendant. | Case No.: C07 5718 JL<br><br>STIPULATED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

1

C07 5718 JL (STIPULATED ORDER TO CONTINUE INITIAL CMC)

IT IS HEREBY STIPULATED by the undersigned parties, though their respective counsel of record, that the Initial Case Management Conference as well as other related deadlines be continued for sixty (60) days to December 3, 2008 so that the parties could finalize the terms and conditions of the settlement agreement to resolve the current litigation without wasting the Court's valuable time and resources.

Dated: August 27, 2008  SANG N. DANG
KLEIN, O'NEILL & SINGH LLP

By: /s/ Sang N. Dang
   Sang N. Dang
   Attorneys for Plaintiff
   PLUSTEK INC.

Dated: August 27, 2008  YUNG MING CHOU

By: /s/ Yung-Ming Chou
   Yung Ming Chou
   Attorney for Defendant
   SYSCAN, INC.

IT IS SO ORDERED.

Dated: August 29, 2008  _____
US Chief Magistrate Judge

C07 5718 JL (STIPULATED ORDER TO CONTINUE INITIAL CMC)