SANG N. DANG (NO. 214558)
sdang@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park
Suite 204
Irvine, CA 92606
Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Plaintiff
**PLUSTEK INC.**

YUNG MING CHOU (NO. 172118)
Chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Telephone: 510-713-8698
Facsimile: 510-713-8690

Attorney for Defendant
SYSCAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUSTEK INC.,<br><br>            Plaintiff,<br><br>   vs.<br><br>SYSCAN, INC.<br><br>            Defendant. | Case No. C 07-05718 JL<br><br>**STIPULATION TO CONTINUE THE CASE SCHEDULE AND [PROPOSED] ORDER** |

KLEIN, O'NEILL & SINGH, LLP

STIPULATION AND PROPOSED ORDER
TO EXTEND THE CASE SCHEDULE

Case No. C 07-05718 JL

1     **WHEREAS,** on November 9, 2007, Plaintiff Plustek Inc. ("Plustek") filed an action in the United States District Court for the Northern District of California against Defendant Syscan, Inc. ("Plustek"), requesting, *inter alia*, for a declaratory judgment that Plustek does not infringe any claims of U.S. Patent No. 6,705,124 (the "'124 Patent"), and that the '124 Patent is invalid.

    **WHEREAS**, pursuant to the Joint Case Management Conference Statement, Syscan's Disclosure of Asserted Claims and Preliminary Infringement Contentions (Patent L.R. 3-1), and Syscan's Document Production Accompanying Disclosure (Patent L.R. 3-2) were due on December 22, 2008.

    **WHEREAS**, Syscan has served its Disclosure of Asserted Claims and Preliminary Infringement Contentions (Patent L.R. 3-1) and has provided its Document Production Accompanying Disclosure (Patent L.R. 3-2) on December 22, 2008.

    **WHEREAS**, Plustek agrees to allow Syscan to amend its Disclosure of Asserted Claims and Preliminary Infringement Contentions as well as produce any additional accompanying documents by February 20, 2009.

    **WHEREAS,** Syscan agrees to extend Plustek's deadline to serve its Invalidity Contentions (Patent L.R. 3-3) and provide its Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) from January 30, 2009 to March 6, 2009.

    **WHEREAS** in the interest of judicial economy, and there has been no previous stipulated continuance, the Parties have agreed to extend other due dates in the Joint Case Management Conference Statement by five (5) weeks to adequately adjust for the extension in the due dates of the Infringement and Invalidity Contentions.

    **NOW, THEREFORE,** the Parties, through their respective counsel of record, hereby stipulate and respectfully request the Court to order an extension of the case schedule as follows:

//

//

//

KLEIN, O'NEILL & SINGH, LLP

STIPULATION AND PROPOSED ORDER
TO EXTEND THE CASE SCHEDULE

1

Case No. C 07-05718 JL

| PLEADING OR EVENT | DATE |
|---|---|
| Syscan's Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions, Rule 3-1 of the Patent Local Rules of the United States District Court in the Northern District of California | February 20, 2009 |
| Syscan's Document Production Accompanying Amended Disclosure | February 20, 2009 |
| Plustek's Invalidity Contentions (Patent L.R. 3-3) | March 6, 2009 |
| Plustek's Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | March 6, 2009 |
| Simultaneous exchange of claim terms, phrases or clauses which each party contends should be construed by the Court, and identification of claim elements parties contend should be governed by 35 U.S.C. § 112(6) (Patent L.R. 4-1(a)) | March 16, 2009 |
| Meet and confer to finalize the list of disputed claim terms for construction by the Court (Patent L.R. 4-1(b)) | Week of March 16 - 20, 2009 |
| Simultaneous exchange of preliminary proposed construction of each claim term, phrase or clause, which the parties collectively have identified for claim construction purposes. (Patent L.R. 4-2(a)) | March 20, 2009 |
| Exchange of a preliminary identification of extrinsic evidence parties contend supports their respective claim constructions (Patent L.R. 4-2(b)) | March 20, 2009 |
| Meet and confer to narrow the issues and | Week of March 23 - 27, 2009 |

| | |
|---|---|
| finalize preparation of a "Joint Claim Construction and Prehearing Statement" (Patent L.R. 4-2(c)) | |
| Joint Claim Construction and Preliminary Pre-hearing Statement (Patent L.R. 4-3) | May 1, 2009 |
| Close of all discovery relating to claim construction, except for discovery from any claim construction experts, if necessary (Patent L.R. 4-4) | May 15, 2009 |
| Syscan's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | June 12, 2009 |
| Plustek's Responsive Claim Construction Briefs (Patent L.R. 4-5(b)) | June 26, 2009 |
| Syscan's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | July 5, 2009 |
| Claim Construction Hearing (Patent L.R. 4-6) | Subject to the Court's calendar, two weeks following submission of Syscan's Reply Claim Construction brief. |
| The Parties' Amended Contentions (Patent L.R. 3-6) | Subject to the order of the Court upon a timely showing of good cause. |
| The Parties' Advice of Counsel (Patent L.R. 3-7) | 50 days after Claim Construction Decision |
| Close of fact discovery re merits of claims and defenses | 100 days after Claim Construction Decision, but not less than 140 days after the conclusion of the Claim Construction Hearing |
| Initial Expert Reports on issues on which party bears the burden of proof at trial | 40 days after the close of fact discovery |

| | |
|---|---|
| Rebuttal Expert Reports | 30 days after service of Initial Expert Reports |
| Close of Expert Discovery | 56 days after service of Rebuttal Expert Reports |
| Dispositive Motions and Motions to Bifurcate Trial (last day to file) | 23 days after the date for the close of expert discovery |
| Oppositions to Dispositive Motions and Motions to Bifurcate Trial | 21 days after service of motions |
| Replies to Dispositive Motions and Motions to Bifurcate Trial | 7 days after service of opposition briefs |
| Completion and Filing of Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial | TBD |

DATED: January 29, 2009

By /s/ Yung-Ming Chou
 Yung Ming Chou
 Attorneys for Defendant
 SYSCAN, INC.

DATED: January 29, 2009       KLEIN, O'NEILL & SINGH, LLP

By /s/ Sang N. Dang
 Sang N. Dang
 Attorneys for Plaintiff
 **PLUSTEK INC.**

**[PROPOSED] ORDER**

It is so **ORDERED**.

DATED: February 6, 2009

_____
U.S. CHIEF MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER
TO EXTEND THE CASE SCHEDULE

5

Case No. C 07-05718 JL

KLEIN,
O'NEILL &
SINGH, LLP