1  SANG N. DANG (NO. 214558)
   sdang@koslaw.com
2  **KLEIN, O'NEILL & SINGH, LLP**
   43 Corporate Park
3  Suite 204
   Irvine, CA  92606
4  Telephone:  949-955-1920
   Facsimile:  949-955-1921
5
   Attorneys for Plaintiff
6  **PLUSTEK INC.**

7

8  YUNG MING CHOU (NO. 172118)
   Chouyung@aol.com
9  39111 Paseo Padre Parkway, Suite 207
   Fremont, CA  94538
10 Telephone:  510-713-8698
   Facsimile:  510-713-8690
11
   Attorney for Defendant
12 **SYSCAN, INC.**

13

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19 PLUSTEK INC.,                          Case No. C 07-05718 JL

20              Plaintiff,                **STIPULATION REGARDING CASE
                                          SCHEDULE AND [PROPOSED] ORDER**
21    vs.

22 SYSCAN, INC.

23              Defendant.

24

25

26

27

28

WHEREAS, on November 9, 2007, Plaintiff Plustek Inc. ("Plustek") filed an action in the United States District Court for the Northern District of California against Defendant Syscan, Inc. ("Plustek"), requesting, *inter alia*, for a declaratory judgment that Plustek does not infringe any claims of U.S. Patent No. 6,705,124 (the "'124 Patent"), and that the '124 Patent is invalid.

WHEREAS, the Court issued a Claim Construction Order on December 21, 2009 (Docket No. 44), and ordered the Parties to submit a proposed schedule for further proceedings.

WHEREAS, through their respective counsel of record, the Parties have met and conferred to discuss the case schedule.

NOW, THEREFORE, the Parties, through their respective counsel of record, hereby stipulate and respectfully request the Court to order the case schedule as follows:

| PLEADING OR EVENT | DATE |
| --- | --- |
| The Parties' respective Amended Infringement Contentions and Amended Invalidity Contentions (Patent L.R. 3-6) | January 20, 2010 (subject to the order of the Court upon a timely showing of good cause) |
| The Parties' respective Advice of Counsel (Patent L.R. 3-7) | February 9, 2010 |
| Close of fact discovery re merits of claims and defenses | March 31, 2010 |
| Initial Expert Reports on issues on which party bears the burden of proof at trial | May 10, 2010 |
| Rebuttal Expert Reports | June 9, 2010 |
| Close of Expert Discovery | August 5, 2010 |
| Dispositive Motions and Motions to Bifurcate Trial (last day to file) | August 26, 2010 |

| | |
|---|---|
| Oppositions to Dispositive Motions and Motions to Bifurcate Trial | September 9, 2010 |
| Replies to Dispositive Motions and Motions to Bifurcate Trial | September 16, 2010 |
| Completion and Filing of Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial | TBD |

DATED: December 30, 2009

By  /s/ Yung Ming Chou
      Yung Ming Chou
      Attorneys for Defendant
      **SYSCAN, INC.**

DATED: December 30, 2009        KLEIN, O'NEILL & SINGH, LLP


By   /s/ Sang N. Dang
      Sang N. Dang
      Attorneys for Plaintiff
      **PLUSTEK INC.**

1      **[PROPOSED] ORDER**

2

3              It is so **ORDERED**.

4      DATED: _January 11, 2010_           _/s/ James Larson_
                                            U.S. ~~CHIEF~~ MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLEIN,
O'NEILL &
SINGH, LLP

STIPULATION REGARDING CASE
SCHEDULE

3

Case No. C 07-05718 JL