| | |
|---|---|
| 1 | SANG N. DANG (NO. 214558) |
| | sdang@koslaw.com |
| 2 | **KLEIN, O'NEILL & SINGH, LLP** |
| | 43 Corporate Park |
| 3 | Suite 204 |
| | Irvine, CA 92606 |
| 4 | Telephone: 949-955-1920 |
| | Facsimile: 949-955-1921 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | **PLUSTEK INC.** |

YUNG MING CHOU (NO. 172118)
Chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Telephone: 510-713-8698
Facsimile: 510-713-8690

Attorney for Defendant
**SYSCAN, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUSTEK INC., | Case No. C 07-05718 JL |
| Plaintiff, | **STIPULATION REGARDING CASE SCHEDULE AND [PROPOSED] ORDER** |
| vs. | |
| SYSCAN, INC. | |
| Defendant. | |

**WHEREAS,** on November 9, 2007, Plaintiff Plustek Inc. ("Plustek") filed an action in the United States District Court for the Northern District of California against Defendant Syscan, Inc. ("Plustek"), requesting, *inter alia*, for a declaratory judgment that Plustek does not infringe any claims of U.S. Patent No. 6,705,124 (the "'124 Patent"), and that the '124 Patent is invalid.

**WHEREAS**, the Court issued a Claim Construction Order on December 21, 2009 (Docket No. 44), and ordered the Parties to submit a proposed schedule for further proceedings.

**WHEREAS**, through their respective counsel of record, the Parties have met and conferred to discuss the case schedule.

**NOW, THEREFORE,** the Parties, through their respective counsel of record, hereby stipulate and respectfully request the Court to order the case schedule as follows:

| PLEADING OR EVENT | DATE |
| --- | --- |
| The Parties' respective Amended Infringement Contentions and Amended Invalidity Contentions (Patent L.R. 3-6) | January 20, 2010 (subject to the order of the Court upon a timely showing of good cause) |
| The Parties' respective Advice of Counsel (Patent L.R. 3-7) | February 9, 2010 |
| Close of fact discovery re merits of claims and defenses | March 31, 2010 |
| Initial Expert Reports on issues on which party bears the burden of proof at trial | May 10, 2010 |
| Rebuttal Expert Reports | June 9, 2010 |
| Close of Expert Discovery | August 5, 2010 |
| Dispositive Motions and Motions to Bifurcate Trial (last day to file) | August 26, 2010 |

KLEIN, O'NEILL & SINGH, LLP

STIPULATION REGARDING CASE SCHEDULE

1

Case No. C 07-05718 JL

| | |
|---|---|
| Oppositions to Dispositive Motions and Motions to Bifurcate Trial | September 9, 2010 |
| Replies to Dispositive Motions and Motions to Bifurcate Trial | September 16, 2010 |
| Completion and Filing of Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial | TBD |

DATED: December 30, 2009

By   /s/ Yung Ming Chou
   Yung Ming Chou
   Attorneys for Defendant
   **SYSCAN, INC.**

DATED: December 30, 2009        KLEIN, O'NEILL & SINGH, LLP


By   /s/ Sang N. Dang
   Sang N. Dang
   Attorneys for Plaintiff
   **PLUSTEK INC.**

KLEIN,
O'NEILL &
SINGH, LLP

STIPULATION REGARDING CASE
SCHEDULE

2

Case No. C 07-05718 JL

# ~~PROPOSED~~ ORDER

It is so **ORDERED**.

DATED: January 11, 2010

_____
~~U.S. CHIEF~~ MAGISTRATE JUDGE

*(signed) James Larson*