1  SANG N. DANG (NO. 214558)
   sdang@koslaw.com
2  **KLEIN, O'NEILL & SINGH, LLP**
   43 Corporate Park
3  Suite 204
   Irvine, CA  92606
4  Telephone:  949-955-1920
   Facsimile:  949-955-1921
5
   Attorneys for Plaintiff
6  **PLUSTEK INC.**

7

8  YUNG MING CHOU (NO. 172118)
   Chouyung@aol.com
9  39111 Paseo Padre Parkway, Suite 207
   Fremont, CA  94538
10 Telephone:  510-713-8698
   Facsimile:  510-713-8690
11
   Attorney for Defendant
12 **SYSCAN, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUSTEK INC., | Case No. C 07-05718 JL |
| Plaintiff, | **STIPULATION TO EXTEND CASE SCHEDULE AND [PROPOSED] ORDER** |
| vs. | |
| SYSCAN, INC. | |
| Defendant. | |

**KLEIN, O'NEILL & SINGH, LLP**

Case No. C 07-05718 JL

**WHEREAS,** on November 9, 2007, Plaintiff Plustek Inc. ("Plustek") filed an action in the United States District Court for the Northern District of California against Defendant Syscan, Inc. ("Plustek"), requesting, *inter alia*, for a declaratory judgment that Plustek does not infringe any claims of U.S. Patent No. 6,705,124 (the "'124 Patent"), and that the '124 Patent is invalid.

**WHEREAS**, the Court entered a Stipulated Order Regarding Case Schedule on January 11, 2010 (Docket No. 47).

**WHEREAS**, through their respective counsel of record, the Parties have met and conferred to discuss extending the case schedule for three (3) months to allow the Parties time to adequately prepare the case.

**NOW, THEREFORE,** the Parties, through their respective counsel of record, hereby stipulate to and respectfully request the Court to order the extended case schedule as follows:

| PLEADING OR EVENT | DATE |
| --- | --- |
| Close of fact discovery re merits of claims and defenses | June 30, 2010 |
| Initial Expert Reports on issues on which party bears the burden of proof at trial | August 13, 2010 |
| Rebuttal Expert Reports | September 10, 2010 |
| Close of Expert Discovery | October 22, 2010 |
| Dispositive Motions and Motions to Bifurcate Trial (last day to file) | November 12, 2010 |
| Oppositions to Dispositive Motions and Motions to Bifurcate Trial | December 3, 2010 |

KLEIN, O'NEILL & SINGH, LLP

STIPULATION TO EXTEND CASE SCHEDULE

1

Case No. C 07-05718 JL

| | |
|---|---|
| Replies to Dispositive Motions and Motions to Bifurcate Trial | December 17, 2010 |
| Completion and Filing of Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial | TBD |

DATED: March 16, 2010

By   /s/ Yung Ming Chou
   Yung Ming Chou
   Attorneys for Defendant
   **SYSCAN, INC.**

DATED: March 16, 2010          **KLEIN, O'NEILL & SINGH, LLP**

By   /s/ Sang N. Dang
   Sang N. Dang
   Attorneys for Plaintiff
   **PLUSTEK INC.**

**KLEIN, O'NEILL & SINGH, LLP**

STIPULATION TO EXTEND CASE SCHEDULE

2

Case No. C 07-05718 JL

1 **~~PROPOSED~~ ORDER**

It is so **ORDERED**.

DATED: March 17, 2010

*James Larson*
MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2010, I electronically filed the foregoing with the Clerk of the Court in compliance with Civil Local Rule 5-5(b) using the CM/ECF system which will send notification of the filing to all counsel of record.

                                                          /s/ Sang N. Dang
                                                            Sang N. Dang