1  SANG N. DANG (NO. 214558)
   sdang@koslaw.com
2  **KLEIN, O'NEILL & SINGH, LLP**
   43 Corporate Park
3  Suite 204
   Irvine, CA 92606
4  Telephone: 949-955-1920
   Facsimile: 949-955-1921
5
   Attorneys for Plaintiff
6  **PLUSTEK INC.**

7

8  YUNG MING CHOU (NO. 172118)
   Chouyung@aol.com
9  39111 Paseo Padre Parkway, Suite 207
   Fremont, CA 94538
10 Telephone: 510-713-8698
   Facsimile: 510-713-8690
11
   Attorney for Defendant
12 **SYSCAN, INC.**

13

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                             SAN FRANCISCO DIVISION
17

18

19 PLUSTEK INC.,                        Case No. C 07-05718 JL

20              Plaintiff,              **STIPULATION TO EXTEND CASE
                                        SCHEDULE AND [PROPOSED] ORDER**
21     vs.

22 SYSCAN, INC.

23              Defendant.

24

25

26

27

28

**KLEIN,
O'NEILL &
SINGH, LLP**                                              Case No. C 07-05718 JL

1  **WHEREAS,** on November 9, 2007, Plaintiff Plustek Inc. ("Plustek") filed an
2  action in the United States District Court for the Northern District of California against Defendant
3  Syscan, Inc. ("Plustek"), requesting, *inter alia*, for a declaratory judgment that Plustek does not
4  infringe any claims of U.S. Patent No. 6,705,124 (the "'124 Patent"), and that the '124 Patent is
5  invalid.

6  **WHEREAS**, the Court entered a Stipulated Order Regarding Case Schedule on
7  January 11, 2010 (Docket No. 47).

8  **WHEREAS**, through their respective counsel of record, the Parties have met and
9  conferred to discuss extending the case schedule for three (3) months to allow the Parties time to
10 adequately prepare the case.

11 **NOW, THEREFORE,** the Parties, through their respective counsel of record,
12 hereby stipulate to and respectfully request the Court to order the extended case schedule as
13 follows:

| PLEADING OR EVENT | DATE |
|---|---|
| Close of fact discovery re merits of claims and defenses | June 30, 2010 |
| Initial Expert Reports on issues on which party bears the burden of proof at trial | August 13, 2010 |
| Rebuttal Expert Reports | September 10, 2010 |
| Close of Expert Discovery | October 22, 2010 |
| Dispositive Motions and Motions to Bifurcate Trial (last day to file) | November 12, 2010 |
| Oppositions to Dispositive Motions and Motions to Bifurcate Trial | December 3, 2010 |

KLEIN, O'NEILL & SINGH, LLP

STIPULATION TO EXTEND CASE SCHEDULE

1

Case No. C 07-05718 JL

| | |
|---|---|
| Replies to Dispositive Motions and Motions to Bifurcate Trial | December 17, 2010 |
| Completion and Filing of Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial | TBD |

DATED: March 16, 2010

By  /s/ Yung Ming Chou
    Yung Ming Chou
    Attorneys for Defendant
    **SYSCAN, INC.**

DATED: March 16, 2010    **KLEIN, O'NEILL & SINGH, LLP**

By  /s/ Sang N. Dang
    Sang N. Dang
    Attorneys for Plaintiff
    **PLUSTEK INC.**

1    **~~PROPOSED~~ ORDER**

2

3    It is so **ORDERED**.

4    DATED: March 17, 2010          *James Larson*

5                                    MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2010, I electronically filed the foregoing with the Clerk of the Court in compliance with Civil Local Rule 5-5(b) using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ Sang N. Dang
Sang N. Dang

KLEIN, O'NEILL & SINGH, LLP

- 1 -

Case No. C 07-01603 JW