1  SANG N. DANG (SBN. 214558)
   sdang@koslaw.com
2  KLEIN, O'NEILL & SINGH, LLP
   43 Corporate Park, Suite 204
3  Irvine, CA  92606
   Telephone:  949-955-1920
4  Facsimile:  949-955-1921

5  Attorneys for Plaintiff
             PLUSTEK INC.
6

7  YUNG MING CHOU, ESQ (SBN 172118)
   chouyung@aol.com
8  39111 Paseo Padre Parkway, Suite 207
   Fremont, CA 94538
9  Tel.: (510) 713-8698
   Fax: (510) 713-8690
10

11 Attorney for Defendant
             SYSCAN, INC.
12

                 UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUSTEK INC.<br><br>         Plaintiff,<br><br>    vs.<br><br>SYSCAN, INC.<br><br>         Defendants. | Case No.: C07-05718 JL<br><br>STIPULATION OF DISMISSAL<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

1

STIPULATION OF DISMISSAL                                    (C 07-05718 JL)

Having entered an agreement to settle the above-captioned action, Plaintiff Plustek, Inc. and Defendant Syscan, Inc. (collectively referred to herein as the "Parties") hereby enter into this Stipulation of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to dismiss the above-captioned action **without prejudice**. The Parties further agree that each side is to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: June 25, 2010

        KLEIN, O'NEILL & SINGH, LLP


By: /s/ Sang N. Dang
    Sang N. Dang
    Attorneys for Plaintiff
    PLUSTEK, INC.


YUNG MING CHOU, ESQ.


By: /s/ Yung-Ming Chou
    Yung Ming Chou
    Attorney for Defendant
    SYSCAN, INC.

June 28, 2010

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION OF DISMISSAL        (C 07-05718 JL)